# EXHIBIT E

DOCKET NO.: 107071.001406                                    **PATENT**
**Application No.:** 18/646,329
**Office Action Dated: October 11, 2024**

This listing of claims will replace all prior versions, and listings, of claims in the application.

**Listing of Claims:**

1.      (***Original***) A method of treating cancer in a human in need thereof comprising providing a liquid bendamustine-containing composition comprising

        bendamustine, or a pharmaceutically acceptable salt thereof, wherein the bendamustine concentration in the composition is from about 20 mg/mL to about 60 mg/mL,

        a pharmaceutically acceptable fluid consisting of polyethylene glycol and optionally one or more of propylene glycol, ethanol, benzyl alcohol and glycofurol; and

        a stabilizing amount of an antioxidant

        wherein the total impurities in the liquid bendamustine-containing composition resulting from the degradation of the bendamustine is less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C to about 25° C;

diluting the liquid bendamustine containing composition; and

intravenously administering the diluted composition to the human.

2.      (***Original***) The method of claim 1, wherein the liquid bendamustine containing composition is diluted with about 50 mL of a diluent.

3.      (***Original***) The method of claim 1, wherein the concentration of bendamustine in the liquid bendamustine-containing compositions is about 25 mg/ml.

4.      (***Original***) The method of claim 1, wherein the concentration of bendamustine in the liquid bendamustine-containing composition is 25 mg/ml.

5.      (***Original***) The method of claim 1, wherein the liquid bendamustine-containing composition includes 100 mg of bendamustine at a concentration of 25 mg/mL.

4870-3905-0481.1

DOCKET NO.:   107071.001406                                                                    **PATENT**
**Application No.:**  18/646,329
**Office Action Dated:  October 11, 2024**

6.        (***Original***) The method of claim 1, wherein the antioxidant is monothioglycerol.

7.        (***Original***) The method of claim 1, wherein the antioxidant in the liquid bendamustine containing composition is monothioglycerol in a concentration of about 5 mg/mL.

8.        (***Original***) The method of claim 1, wherein the liquid bendamustine-containing composition is stable for at least about 15 months at 5° C or for at least about 15 months at 25° C, prior to dilution.

9.        (***Original***) The method of claim 1, wherein the liquid bendamustine-containing composition further comprises ethanol.

10.       (***Original***) The method of claim 1, wherein the liquid bendamustine-containing composition is packages in a sterile vial.

11.       (***Original***) A method of treating cancer in a human in need thereof comprising
          providing a liquid bendamustine-containing composition packaged in a sterile vial and comprising

                    100 mg of bendamustine, or a pharmaceutically acceptable salt thereof, at a
                    concentration of about 25 mg/mL;
                    a pharmaceutically acceptable fluid consisting of polyethylene glycol and
                    optionally one or more of propylene glycol, ethanol, benzyl alcohol and
                    glycofurol; and
                    a stabilizing amount of an antioxidant that is monothioglycerol;
                    wherein the total impurities in the liquid bendamustine-containing composition
                    resulting from the degradation of the bendamustine is less than about 5% peak
                    area response, as determined by HPLC at a wavelength of 223 nm after at least
                    about 15 months at a temperature of about 5° C or for at least about 15 months at
                    25° C;
          diluting the liquid bendamustine containing composition with about 50 mL of a diluent;

**DOCKET NO.:**  107071.001406                                           **PATENT**
**Application No.:**  18/646,329
**Office Action Dated:  October 11, 2024**

and intravenously administering the diluted composition to the human.

12.      (***Original***) The method of claim 11, wherein the liquid bendamustine-containing composition comprises 100 mg of bendamustine, or a pharmaceutically acceptable salt thereof, at a concentration of 25 mg/mL.

13.      (***Original***) The method of claim 11, wherein the liquid bendamustine-containing composition further comprises ethanol.

14.      (***Original***) The method of claim 11, wherein the liquid bendamustine containing composition is diluted with about 50 mL of a diluent.